# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                   CASE NO. 3:03CR32-002 LAC

KEITH JEROME HARVEY

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   January 28, 2008
Motion/Pleadings:  MOTION UNDER 18 U.S.C. SECTION 3582(c)(2)
Filed by  DEFENDANT PRO SE   on 1/24/08   Doc.# 49

RESPONSES:
BY GOVERNMENT   on 1/29//2008   Doc.# 50
_____ on _____ Doc.# _____

_____ Stipulated  _____ Joint Pldg.
_____ Unopposed  _____ Consented

                                        WILLIAM M. McCOOL, CLERK OF COURT

                                        *s/Mary Maloy*
LC (1 OR 2)                        Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 29th day of January, 2008, that:*

*(a) The relief requested is **DENIED**.*

*(b) Without prejudice. The retroactive application does not become effective until 3 March 2008.*

                                                      *s/L.A. Collier*
                                                     **LACEY A. COLLIER**
                                            *Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

                                        Document No.