## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                CASE NO.  3:03cr32LAC

KEITH JEROME HARVEY

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on  March 6, 2008

Motion/Pleadings:  MOTION UNDER TITLE 18 U.S.C. SECTION 3582(c)(2) and SENTENCING GUIDELINE SECTION 1B1.10 FOR REDUCTION OF SENTENCE

Filed by  DEFENDANT PRO SE    on 3/5/08    Doc.#  52

RESPONSES:

ATTACHMENT BY DEFT PRO SE    on 4/7/08    Doc.# 53

                                                  on    Doc.#

_____ Stipulated  _____ Joint Pldg.
_____ Unopposed  _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

LC (1 OR 2)     s/Mary Maloy
Deputy Clerk: Mary Maloy

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 27th day of May, 2008, that:*

*(a) The relief requested is **DENIED**.*

*(b) As a career criminal under the guidelines, defendant's guideline range remains unchanged. However, a life sentence was and would be today the mandatory sentence. Defendant was sentenced to 180 months, well below the guideline range and the mandatory life sentence, as a result of a 5K1.1 motion filed by the Government. Based upon the facts and circumstances of this case 180 months is still the appropriate sentence.*

                                                    s/*L.A. Collier*
                                                   ***LACEY A. COLLIER***
Entered On Docket: _____ By: __   ***Senior United States District Judge***
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.