# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

     vs                              Case No.3:03cr32/LAC

KEITH JEROME HARVEY

---

# ORDER

Your document, **DATED 6-2-08**, was referred to the undersigned with the following deficiencies:

> The document does not have a Certificate of Service as required by Rule 5(b) and (d) of the Federal Rules of Civil Procedure, showing proper service.

> The document is not on plain 8½-inch x 11-inch paper or double-spaced as required by N.D. Fla. Loc. R. 5.1(B)(3).

> Your document is not properly captioned for this court.  Every paper you file after the complaint must have the name of this court, the case style, the case number and the title of your pleading.  The body of your pleading should state the nature of your request and what you want the court to do for you.

For these reasons, IT IS ORDERED that:

> The submitted hard copy of the document shall be returned to you by the Clerk without electronic filing.

DONE and ORDERED this 13th day of June, 2008.

                        *s/L. A. Collier*
                        LACEY A. COLLIER
                        SENIOR UNITED STATES DISTRICT JUDGE