# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                         CASE NO.  3:03cr32 LAC

KEITH JEROME HARVEY

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on ___JULY 10, 2008___

Motion/Pleadings:_ MOTION FOR RECONSIDERATION OF DEFENDANT'S MOTION FOR REDUCTION OF HIS SENTENCE, PURSUANT TO §3582(c)(2)_

Filed by_ DEFENDANT PRO SE_____ on _7/10/08_____ Doc.# _69_

RESPONSES:

_____ on_____ Doc.# _____

_____ on_____ Doc.# _____

_____ Stipulated    _____ Joint Pldg.

_____ Unopposed    _____ Consented

                      WILLIAM M. McCOOL, CLERK OF COURT

                      *s/Mary Maloy*

_____                       _____

LC (1 OR 2)                   Deputy Clerk: Mary Maloy

## ***ORDER***

*Upon consideration of the foregoing, it is ORDERED this 11th day of July, 2008, that:*

*(a) The relief requested is **DENIED**.*

*(b)* _____

_____

_____

                              *s/L. A. Collier*

                               **LACEY A. COLLIER**
                    **Senior United States District Judge**

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

_____